656

*Attorney General McMahon* and *Mr. William W. Barron* for the United States.

No. 788. VAN VLECK *v.* COMMISSIONER OF INTERNAL REVENUE. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George S. Hills* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. John MacC. Hudson, Sewall Key,* and *F. E. Youngman* for respondent.

No. 789. KELLER, HEUMANN & THOMPSON Co., INC. *v.* COE. April 6, 1936. Petition for writ of certiorari to the United States Court of Customs and Patent Appeals denied. *Mr. Harold E. Stonebraker* for petitioner. *Solicitor General Reed* and *Mr. Robert F. Whitehead* for respondent.

No. 791. ATLANTIC COAST LINE R. Co. *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 792. CAROLINA, CLINCHFIELD & OHIO RY. *v.* SAME. April 6, 1936. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Nathan L. Miller, Wm. W. Miller, Carl H. Davis,* and *Edward C. Bailly* for petitioners. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.

No. 793. OLD LINE LIFE INSURANCE Co. *v.* FULTON, SUPERINTENDENT OF BANKS, ET AL. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals